IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DuBOSE AUSLEY and T.
BUCKINGHAM BIRD, as Trustees
for the owners of Dog Island
Venture,

    Plaintiffs,

v.                              CASE NO. 4:13-cv-469-MW/CAS

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY, f/k/a
FIDELITY NATIONAL
INDEMNITY INSURANCE
COMPANY and J. SMITH
LANIER AND CO.,

    Defendants.
_____/

## ORDER DENYING MOTION TO STAY COMPLAINT

Before this Court are Defendant J. Smith Lanier and CO.'s ("JSL") Motion to Stay and/or Abate, ECF No. 6, and Plaintiffs DuBose Ausley and T. Buckingham Bird, as Trustees for the Owners of Dog Island Ventures' ("Plaintiffs") Response, ECF No. 12. JSL's motion is not a responsive pleading under Federal Rule of Civil Procedure 12. *See Lane v. XYZ Venture Partners, L.L.C.*, 322 Fed. Appx. 675 (11th Cir. 2009). This Court recognizes that in certain circumstances courts consider motions to stay prior to the filing of a responsive pleading under a court's inherent authority to maximize judicial resources and

1

avoid the possibility of conflicts between other courts. *See, e.g., G.T.G. Const. Co., Inc. v. Goel Servs., Inc.*, Civil Action No. 12-1129(JEB), 2012 WL 3860590, at *2 (D.C. Cir. Sept. 5, 2012); *Sorensen v. Head USA, Inc.*, No. 06–1434, 2006 WL 6584166, at * 1 (S.D. Cal. Oct. 13, 2006). However, in this case, this Court finds that an exercise of its inherent authority to consider the motion to stay prior to a responsive pleading to be unwarranted. Accordingly, the motion is **DENIED**.

For these reasons,

**IT IS ORDERED**:

(1) Defendant JSL's Motion to Stay and/or Abate, ECF No. 6, is **DENIED**.

(2) Defendant JSL shall file a responsive pleading within 14 days of the date of this Order.

**SO ORDERED on December 16, 2013.**

s/Mark E. Walker
**United States District Judge**
