# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DUBOSE AUSLEY, et al.**

    **Plaintiff,**

v.           **CASE NO. 4:13cv469-MW/CAS**

**WRIGHT NATIONAL FLOOD INSURANCE COMPANY, et al.**

    **Defendants.**

_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This Court has considered, without hearing, the Joint Motion to Extend Deadlines, ECF No. 24, filed February 28, 2014. The motion is **GRANTED.** A separate order shall be entered by this Court amending the discovery and dispositive motion deadlines along with amended jury trial and pretrial dates.

**SO ORDERED on March 4, 2014.**

          **s/Mark E. Walker**
          **United States District Judge**